```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___8/4/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
ELENA STRUJAN,                                            :
                                                          :
                              Plaintiff,                  :
                                                          :                    19-mc-592 (VSB)
              -against-                                   :
                                                          :                       **ORDER**
STATE FARM INSURANCES, et al.,                            :
                                                          :
                              Defendants.  :
                                                          :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Plaintiff Elena Strujan ("Strujan"), proceeding *pro se* and *in forma pauperis*, filed this

miscellaneous action on December 26, 2019.  (Doc. 1.)  Strujan characterizes this action as a

"Nonjudicial Civil Forfeiture Proceeding" and has filed a "Non-Judicial Claim" and "Motion for

Default."  (*See* Docs. 1–9.)  Thereafter, defendants Rivkin Radler LLP, Michael Welch, Greg

Mann, Brian Bank, and Cheryl F. Korman (collectively, the "Rivkin Defendants") filed a motion

to dismiss the action pursuant to a Bar Order of this Court issued under 28 U.S.C. § 1651 and/or

pursuant to 28 U.S.C. § 1915.  (Doc. 10.)  Strujan then filed a motion that appears to oppose the

Rivkin Defendants' motion to dismiss.  (*See* Doc. 11.)  The Rivkin Defendants again moved to

dismiss this action, and argued that "that the conduct of Plaintiff in attempting to circumvent the

Bar Order, by casting her claim as a miscellaneous rather than a civil case, as she attempts to do

here, was flatly rejected by Judge Jesse M. Furman."  (Doc. 13.)  The Rivkin Defendants

attached a January 29, 2020 decision from Judge Furman dismissing Strujan's miscellaneous

case.  (*See* Doc. 13-1.)  Strujan subsequently filed multiple letters and an application for a *writ of*

*coram nobis*.  (*See* Docs. 14–17.)

Strujan is currently barred from filing any new civil actions in this Court *in forma pauperis* without prior permission.  *See Strujan v. Columbia Univ.*, 18-CV-8755, Doc. 7 (S.D.N.Y. Nov. 21, 2018) ("Bar Order").  Strujan appears to be attempting to evade this Bar Order, as she has done in the past.  *See Strujan v. Dollar Tree Stores, Inc.*, 19-MC-504, Doc. 17 (S.D.N.Y. Jan. 29, 2020); *Strujan v. New York City Hall*, 20-MC-0125, Doc. 17 (S.D.N.Y. Sept. 21, 2020).

The Clerk of Court is directed to open this action as a new civil case and to address it as such.  The Clerk of Court is also respectfully directed to mail a copy of this Order to Plaintiff, and to close this case.

SO ORDERED.

Dated: August 4, 2021
       New York, New York

_____
            Vernon S. Broderick
            United States District Judge